UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------- x
        :
**SANDRA BRUNO,**        :
on behalf of herself and        :
similarly situated employees,        :  Civil Action No. 2:19-cv-00587-NBF
        :
    *Plaintiff*,        :
        :  **Electronically Filed**
    v.        :
        :
**WELLS FARGO BANK, N.A.,**        :
        :
    *Defendant*.        :
        :
------------------------------------------------------- x

## JOINT DISCOVERY STATUS REPORT

Pursuant to the Court's Order of September 6, 2019 (ECF No. 29), Plaintiff Bruno and Defendant Wells Fargo Bank, N.A., hereby submit this Joint Discovery Status Report.

The Parties have exchanged Rule 26(a)(1) Initial Discovery Disclosures. Defendant served its First Set of Interrogatories and Request for Documents on September 3, 2019. Plaintiff Bruno served her initial answers and responses to Defendant's Requests on October 10, 2019. Defendant took Plaintiff Bruno's deposition on October 21, 2019. Plaintiff's counsel intends on taking two or three fact witness depositions and gathering witness statements before the mediation scheduled for November 20.

Dated:  October 23, 2019

**FOR PLAINTIFF AND ALL OTHERS SIMILARLY SITUATED:**

/s/ Joseph H. Chivers
Joseph H. Chivers
jchivers@employmentrightsgroup.com
The Employment Rights Group, LLC

1

100 First Avenue, Suite 650
Pittsburgh, PA  15222

John R. Linkosky
linklaw@comcast.net
John Linkosky & Associates
715 Washington Avenue
Carnegie, PA  15106

|  |  |
|---|---|
| Dated:  October 23, 2019 | **FOR DEFENDANT:** |
|  | /s/ Timothy M. Watson<br>Timothy M. Watson<br>twatson@seyfarth.com<br>Gina Merrill<br>gmerrill@seyfarth.com<br>Anshel Joel Kaplan<br>akaplan@seyfarth.com<br>SEYFARTH SHAW LLP<br>700 Milam Street, Suite 1400<br>Houston, TX  77002-2812 |
|  | 620 Eighth Avenue<br>New York, NY 10018 |