UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------- x
:
SANDRA BRUNO, :
on behalf of herself and :
similarly situated employees, :
: Civil Action No. 2:19-cv-00587-NBF
*Plaintiff*, :
:
: Electronically Filed
v. :
:
:
WELLS FARGO BANK, N.A., :
:
*Defendant.* :
:
:
---------------------------------------------------- X

## AMENDED NOTICE OF MEDIATION

The mediation session has been scheduled in the above captioned matter for February 27, 2020, at 9:30 a.m., with Judge Kenneth Benson appointed as the mediator. The session will be held at the offices of Pietragallo, Gordon, Alfano, Bosick & Raspanti, LLP, 38th Floor, One Oxford Centre, Pittsburgh, PA 15219.

The following individuals will be attending the mediation session in accordance with Section 2.7 (Attendance at Session) of the Court's ADR Policies and Procedures:

| | |
|---|---|
| Joseph Chivers/John Linkosky | Sandra Bruno |
| Attorney for Plaintiff | Plaintiff |
| | |
| Timothy Watson/Gina Merrill | Wells Fargo Bank, N.A. |
| Attorney for Defendant | Defendant |
| | |
| | Britt Teply Carlson, Counsel for Wells Fargo Legal Department |
| | Corporate Representative |

Date:  December 4, 2019          Counsel for Plaintiff: /s/Joseph H. Chivers