IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SANDRA BRUNO, on behalf of herself and similarly situated employees,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Civil Action No. 2:19-cv-00587-RJC |

**WELLS FARGO'S EXPEDITED MOTION TO CERTIFY INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b)**

Defendant Wells Fargo Bank, N.A. ("Wells Fargo") respectfully moves this Court to certify interlocutory appeal under 28 U.S.C. § 1292(b) of the Arbitration Question set out below. In support, Wells Fargo relies on its accompanying memorandum of law and further states:

1. Wells Fargo respectfully requests that the Court amend its conditional-certification order (or take other appropriate action consistent with Federal Rule of Appellate Procedure 59(a)(3)) to certify the following question (the "Arbitration Question") under 28 U.S.C. § 1292(b):

> **Do district courts have discretion to send, or to require or authorize the parties to send, notice of a pending FLSA collective action to individuals who have waived their right to participate in a collective action through a valid and enforceable arbitration agreement?**

2. As explained in Wells Fargo's memorandum of law, Wells Fargo satisfies all four conditions for interlocutory appeal: (1) the Arbitration Question presents an issue of law; (2) the issue of law is controlling; (3) a substantial ground exists for a difference of opinion; and (4) an immediate appeal may materially advance the ultimate termination of the litigation.

3. Because the deadline for providing HMCs' contact information to opposing counsel is 19 days away as of this filing, Wells Fargo requests expedited review of this motion.

4. Wells Fargo's counsel conferred with Plaintiff Sandra Bruno's counsel about the relief sought in this motion. Bruno's counsel stated that Bruno is opposed to the requested relief.

For these reasons stated herein and in Wells Fargo's memorandum of law—and in light of the pending deadlines—Wells Fargo respectfully asks the Court to consider this motion on an expedited basis and amend its conditional-certification order (or take other appropriate action consistent with Federal Rule of Appellate Procedure 5(a)(3)) to certify the Arbitration Question.

Dated: March 26, 2021

Respectfully submitted,

SEYFARTH SHAW LLP

By: s/ Timothy M. Watson

Timothy M. Watson (*pro hac vice*)
John P. Phillips (*pro hac vice*)
700 Milam Street, Suite 1400
Houston, Texas 77002
Telephone: (713) 225-2300
Facsimile: (713) 225-2340
Email: twatson@seyfarth.com
jphillips@seyfarth.com

Gina Merrill (*pro hac vice*)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 218-5500
Facsimile: (212) 218-5526
Email: gmerrill@seyfarth.com

ATTORNEYS FOR DEFENDANT WELLS FARGO BANK, N.A.

**CERTIFICATE OF CONFERENCE**

I, Timothy M. Watson, counsel for Defendant Wells Fargo Bank, N.A., certify that I conferred with counsel for Plaintiff Sandra Bruno about the relief sought in this motion. Counsel for Bruno stated that Bruno is opposed to the requested relief.

s/ Timothy M. Watson
Timothy M. Watson

**CERTIFICATE OF SERVICE**

I, Timothy M. Watson, an attorney, do hereby certify that, on March 26, 2021, I have caused a true and correct copy of the foregoing document to be filed using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

s/ Timothy M. Watson
Timothy M. Watson