UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SANDRA BRUNO<br>on behalf of herself and<br>similarly situated employees,<br><br>*Plaintiff*,<br><br>v.<br><br>**WELLS FARGO BANK, N.A.**,<br><br>*Defendant.* | Civil Action No. 2:19-cv-00587(RJC)<br><br>NOTICE OF WITHDRAWAL<br>OF OPT-IN PLAINTIFFS |

PLEASE BE ON NOTICE, that Plaintiff hereby withdraws the previously filed Consent Forms for the following individuals:

1. Albert Bucchi (ECF No. 155)
2. Jeff Hargrove (ECF No. 149)
3. Christina Ledesma (ECF No. 155)
4. Maurice Williams (ECF No. 149)

Dated:     Pittsburgh, Pennsylvania
           September 22, 2023

Respectfully submitted,

/s/ Joseph H. Chivers
Joseph H. Chivers

**THE EMPLOYMENT RIGHTS GROUP, LLC**
Joseph H. Chivers, Esq. (PA ID No. 39184)
100 First Avenue, Suite 650
Pittsburgh, PA  15222
jchivers@employmentrightsgroup.com
Tel: (412) 227-0763/Fax: (412) 774-1994

*Counsel for Plaintiff*
*and all others similarly situated*