**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

------------------------------------------------------- x

SANDRA BRUNO,
on behalf of herself and
similarly situated employees,

      *Plaintiff*,

      v.

WELLS FARGO BANK, N.A.,

      *Defendant.*

------------------------------------------------------- x

:
:
:
:
:
:
:
:
:
:
:
:
:
:

**Civil Action No. 2:19-cv-00587-RJC**

**Electronically Filed**

**Plaintiffs' Unopposed Motion for**
**For Approval of Attorneys' Fees and Costs**

Please take notice that, pursuant to Federal Rule of Civil Procedure 23(h) and this Court's order granting Preliminary Approval of FLSA Collective Settlement and Rule 23 Class Action Settlements (ECF No. 326), Named Plaintiffs Sandra Bruno ("Bruno"), Michael Lanning ("Lanning"), and Marcia Francis ("Francis") (collectively, "Named Plaintiffs") respectfully seek this Court's approval of the attorneys' fees and costs that were agreed upon in the FLSA Collective Settlement and Rule 23 Class Action Settlements that this Court preliminarily approved. Specifically, Plaintiffs respectfully ask this Court to approve the agreed upon award of attorneys' fees ($5,466,935.33) and the agreed-upon reimbursement of Plaintiffs' counsels' out-of-pocket costs ($66,398.00). *See* Settlement Agreement ¶ 1(h)(j) (ECF No. 325-1); Brief in Support of Plaintiffs' Unopposed Motion for Preliminary Approval ¶ II, B (ECF No. 325).

Defendant does not oppose this motion. The points and authorities supporting the motion are set forth in the accompanying Brief and Declarations in support thereof.

Plaintiffs are submitting a proposed order with this Motion.

Dated:  January 31, 2024

      Pittsburgh, PA

                          By:     /s/ *Joseph H. Chivers*

                                   Joseph H. Chivers, Esq.
jchivers@employmentrightsgroup.com
The Employment Rights Group, LLC
100 First Avenue, Suite 650
Pittsburgh, PA  15222

Brian Schaffer, Esq.*
bschaffer@fslawfirm.com
Dana M. Cimera, Esq.*
dcimera@fslawfirm.com
Fitapelli & Schaffer
28 Liberty Street, 30th Floor
New York, NY 10005
*Admitted Pro Hac Vice

Jeffrey W. Chivers
jwc@chivers.com
Theodore I. Rostow
tir@chivers.com
Chivers LLP
300 Cadman Plaza West
12th Floor
Brooklyn, NY 11201

*Counsel for Plaintiff
and all others similarly situated*