UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

```
------------------------------------------------------- x
SANDRA BRUNO,                                           :
on behalf of herself and                                :
similarly situated employees,                           :
                                                        :   Civil Action No. 2:19-cv-00587-RJC
                                                        :
           Plaintiff,                                   :
                                                        :
    v.                                                  :
                                                        :
WELLS FARGO BANK, N.A.,                                 :
                                                        :
           Defendant.                                   :
                                                        :
------------------------------------------------------- x
```

## ORDER OF COURT

AND NOW, upon review of the Plaintiffs' Unopposed Motion For Approval of Attorneys' Fees and Costs, it is hereby ORDERED that said Motion is GRANTED as follows:

1. The FLSA Collective Settlement and Rule 23 Class Action Settlements are Approved as to the agreed upon award of attorneys' fees ($5,466,935.33);

2. The FLSA Collective Settlement and Rule 23 Class Action Settlements are Approved as to the agreed upon reimbursement of Plaintiffs' out of pocket costs of $66,398.00.

Date: February 15, 2024

BY THE COURT:

/s/Robert J. Colville
Robert J. Colville
United States District Judge