## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------- x

SANDRA BRUNO,  
on behalf of herself and  
similarly situated employees,

Plaintiff,

v.

WELLS FARGO BANK, N.A.,

Defendant.

: : : : : : : : : : : : : : : :

**Civil Action No. 2:19-cv-00587-RJC**

---------------------------------------------------- x

## <u>ORDER OF COURT</u>

AND NOW, upon review of the Plaintiffs' Unopposed Motion For Final Approval of FLSA Collective Settlement and Rule 23 Class Action Settlements, and Plaintiffs' Brief in Support of Unopposed Motion for Final Approval of FLSA Collective Settlement and Rule 23 Class Action Settlements, said Motion is GRANTED. The Court enters this Order:

- certifying in the Lawsuit for settlement purposes only the Pennsylvania and New York state law classes under Federal Rule of Civil Procedure 23(a) and (b)(3);

- finally approving, pursuant to Fed. R. Civ. P. 23(e) and 29 U.S.C. § 216(b), the Settlement as a fair, reasonable, and adequate settlement of the Lawsuit in accordance with the Settlement Agreement;

- directing that the Gross Settlement Amount be distributed in accordance with the terms of the Settlement Agreement;

- finding that the Lawsuit has been resolved by this Settlement and dismissing the Lawsuit, and all individual and class claims in the lawsuit including any common law claims, with prejudice and in full and final discharge of any and all Released Claims;

- barring Settlement Participants from prosecuting any of the Released Claims against the Releasees; and

- retaining continuing jurisdiction over the Lawsuit for purposes of overseeing all settlement administration matters.

Date: February 15, 2024
     _____

BY THE COURT:


*/s/Robert J. Colville*
_____

Robert J. Colville
United States District Judge