## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------- x
:
**SANDRA BRUNO,** :
on behalf of herself and :
similarly situated employees, :
: Civil Action No. 2:19-cv-00587-RJC
*Plaintiff*, :
:
v. : **Electronically Filed**
:
**WELLS FARGO BANK, N.A.,** :
:
*Defendant.* :
:
---------------------------------------------------- x

## ORDER OF COURT

AND NOW, upon review of the parties' Joint Motion for Approval of a Modified Cover Letter and Additional Letter to Settlement Participants, it is hereby ORDERED that said Motion is GRANTED. The modified Cover Letter to the Settlement Participants, marked as Exhibit 1 to the Joint Motion, is hereby approved for distribution at the time the Settlement Checks are distributed to the Settlement Participants, and the new Additional Letter to the Settlement Participants, marked as Exhibit 2 to the Joint Motion, is hereby approved for distribution at the time the tax documents are distributed to the Settlement Participants.

BY THE COURT:   Dated 4/2/24

*s/Robert J. Colville*
Hon. Robert J. Colville